JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS DUNPHY, JR., | ) | No. CV 14-01478-FMO (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| LOS ANGELES COUNTY SHERIFF DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action without prejudice.

DATED: August 14, 2014      /s/
                             FERNANDO M. OLGUIN
                             UNITED STATES DISTRICT JUDGE